IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EXPRESS PHONE SERVICE, INC,

    Plaintiff,

v.                                               CASE NO. 1:12-cv-00197-MP-GRJ

FLORIDA PUBLIC SERVICE COMMISSION;
RONALD A BRISE, in his official capacity
as the Chairman of the Florida Public Service
Commission; LISA POLAK EDGAR, ART GRAHAM,
EDUARDO E. BALBIS, and JULIE I. BROWN, in
their official capacities as Commissioners of
the Florida Public Service Commission; and
BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a
AT&T Florida d/b/a AT&T Southeast,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on the Joint Report of the Parties' Planning Meeting (doc. 12), in which the parties request that the Joint Report supersede and replace any inconsistent provisions of the Initial Scheduling Order. The joint report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

**DONE AND ORDERED** this __20th__ day of November, 2012

                                        *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge