# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

EXPRESS PHONE SERVICE, INC,

    Plaintiff,

v.                                                      CASE NO. 1:12-cv-00197-MP-GRJ

FLORIDA PUBLIC SERVICE COMMISSION;
RONALD A BRISE, in his official capacity
as the Chairman of the Florida Public Service
Commission; LISA POLAK EDGAR, ART GRAHAM,
EDUARDO E. BALBIS, and JULIE I. BROWN, in
their official capacities as Commissioners of
the Florida Public Service Commission; and
BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a
AT&T Florida d/b/a AT&T Southeast,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on the parties' Joint Motion to Seal Portions of the Administrative Record. (Doc. 16). Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, the parties request an order sealing portions of the administrative record, that is, confidential hearing exhibit Nos. 21, 26, 36 and 44.

On April 23, 2012, the Florida Public Service Commission issued Order No. PSC-12-0214-CFO-TP, which grants confidential classification to exhibit Nos. 26 and 44, pursuant to § 364.183(a) and (e) of the Florida Statutes and Rule 25-22.006 of the Florida Administrative Code, finding that the documents contain proprietary confidential business information, disclosure of which would likely give other competitive local exchange companies an undue advantage and cause competitive harm to AT&T Florida. In addition, Order Nos. PSC-12-0213-CFO-TP and PSC-12-0215-CFO-TP, issued on April 23, 2012 in the proceeding below, grant

confidential classification to exhibit Nos. 21 and 36, pursuant to § 364.183(a) and (e) of the Florida Statutes and Rule 25-22.006 of the Florida Administrative Code, based upon a finding that the documents contain Express Phone's customer-specific billing data which is proprietary confidential business information, the disclosure of which is likely to give Express Phone's competitors an undue advantage and cause competitive harm to Express Phone. These exhibits were granted confidential classification for a period of 18 months from the date of the orders until October 23, 2013.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The parties' joint motion to seal portions of the administrative record (doc. 16) is GRANTED.

2. The clerk is directed to seal confidential hearing exhibit Nos. 21, 26, 36, and 44, and maintain their confidential classification until October 23, 2013, or such other date as the Commission may order.

**DONE AND ORDERED** this  *15th* day of January, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge